DULCENIA PROCTOR v. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ.

LOIS Z. GUCK v. KING FEATURES SYNDICATE, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

YVONNE ALEXANDRINE COTNAREANU and DANIEL E. FINN, Sheriff of the County of New York, v. NATIONAL CITY BANK OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals granted; questions certified. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ. [See 245 App. Div. 572.]

YVONNE ALEXANDRINE COTNAREANU and DANIEL E. FINN, Sheriff of the County of New York, v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK and Others. YVONNE ALEXANDRINE COTNAREANU and DANIEL E. FINN, Sheriff of the County of New York, v. NATIONAL CITY BANK OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals granted; questions certified. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ. [See 245 App. Div. 572.]

YVONNE ALEXANDRINE COTNAREANU and DANIEL E. FINN, Sheriff of the County of New York, v. THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK and Others.— Motion for leave to appeal to the Court of Appeals granted; questions certified. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Glennon, JJ. [See 245 App. Div. 573.]

LUCIA CHASE EWING and Others, as Executors, etc., of THOMAS EWING, JR., Deceased, v. BAY MINETTE LAND COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Estate of MORRIS DENBOSKY, Deceased. Application of EZRA DENBY to Compel Payment of Legacy. EZRA DENBY; ISAAC POLITZINER, as Executor and Substituted Trustee.— Motion for reargument denied, with ten dollars costs. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JOSEPH CATANZARO, JR., an Infant, by His Guardian ad Litem, JOSEPH C. CATANZARO, and JOHN C. CATANZARO v. JOHN WANAMAKER, NEW YORK.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of JOHN E. R. STEVENS, an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of MORRIS VOGEL (Also Known as MORRIS W. VOGEL), an Attorney.— Reference ordered. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.